# NO. 12-22-00281-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *IN THE GUARDIANSHIP OF* | § | *APPEAL FROM THE* |
| *RAYMOND GARRETT STRBAN, AN* | § | *COUNTY COURT AT LAW NO. 2* |
| *INCAPACITATED ADULT* | § | *ANGELINA COUNTY, TEXAS* |

### *MEMORANDUM OPINION*
### *PER CURIAM*

This appeal is being dismissed for want of prosecution.[1] *See* TEX. R. APP. P. 42.3(b). Appellant, Shawna Benge, filed a notice of appeal on October 20, 2022. The clerk's record was filed on December 30 and a supplemental clerk's record was filed on January 4, 2023. On February 3, we notified Benge that the appeal would be submitted on the clerk's record alone due to failure to make payment arrangements with the reporter. Benge's brief was due on or before March 6. On March 14, this Court notified Benge that the brief was past due. We further notified Benge that the appeal may be dismissed for want of prosecution unless a motion for extension of time, containing a reasonable explanation for the failure to file a brief and showing that Appellee had not suffered material injury thereby, is filed no later than March 24.

The March 24 deadline passed, and Benge has not filed a brief, a motion for leave to file a late brief, or a motion for extension of time. Accordingly, we ***dismiss*** the appeal for ***want of prosecution***. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(c).

Opinion delivered April 5, 2023.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*

---

[1] This appeal was originally dismissed for failure to comply with the Texas Rules of Appellate Procedure. *See **In the Guardianship of Strban***, No. 12-22-00281-CV, 2022 WL 17074844 (Tex. App.—Tyler Nov. 17, 2022, no pet.) (per curiam) (mem. op.). We subsequently granted Benge's motion for rehearing and reinstated the appeal.



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**APRIL 5, 2023**

**NO. 12-22-00281-CV**

**IN THE GUARDIANSHIP OF RAYMOND GARRETT STRBAN,
AN INCAPACITATED ADULT**

Appeal from the County Court at Law No. 2

of Angelina County, Texas (Tr.Ct.No. 017-17-G)

THIS CAUSE came to be heard on the appellate record; and the same being considered, it is the opinion of this Court that this appeal should be dismissed for want of prosecution.

It is therefore ORDERED, ADJUDGED and DECREED by this Court that the appeal be, and the same is, hereby **dismissed for want of prosecution**; and that this decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*